JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| TAMMY LYNN SHIRK, | ) | No. CV 13-2074-GAF (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| GUILLERMO GARCIA, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is dismissed without prejudice for failure to prosecute and follow Court orders, and because the Petition is a "mixed" petition.

DATED: January 9, 2014

HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE

JS - 6